**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **EDDY RENE WAMBURG NAPOLES,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1670-R** |
| | ) | |
| **FRED FIGUEROA, et al.,** | ) | |
| | ) | |
| **Respondents.** | | |

**ORDER**

Petitioner, a noncitizen, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging her detention by U.S. Immigration and Customs Enforcement. Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell [Doc. No. 15] recommending that the Petition be granted in part and Respondents ordered to provide Petitioner with an individualized bond hearing under 8 U.S.C. § 1226(a). Respondents filed a timely Objection [Doc. No. 16] reasserting their position regarding the detention statute that controls Petitioner's detention.

Upon de novo review, and in accordance with *Santillan Quiroz v. Mullin*, 180 F.4th 1226 (10th Cir. 2026), the Report and Recommendation [Doc. No. 15] is ADOPTED. For the reasons stated therein, the Petition for Writ of Habeas Corpus is GRANTED in part. Respondents are directed to provide Petitioner with an individualized bond hearing under 8 U.S.C. § 1226(a) within seven days or release Petitioner. Respondents shall certify compliance with this order.

IT IS SO ORDERED this 21st day of October, 2026.

David L. Russell
**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**